UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21
```

JAMES MCPHETERS,

                    Plaintiff,

    - against -

COUNTERPATH CORPORATION,
TERENCE MATTHEWS, OWEN MATTHEWS,
CHRIS R. COOPER, LARRY TIMLICK,
BRUCE JOYCE, and STEVEN BRUK,

                    Defendants.

21 Civ. 1189 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

        A review of the Docket Sheet for this action indicates
that there has been no record of any proceedings, filings of
any papers, or correspondence with the Court since Plaintiff
filed his complaint on February 9, 2021.

        Accordingly, it is hereby

        **ORDERED** that the above-named Plaintiff inform the Court,
within thirty (30) days of the date of this Order, concerning
the status of this action and his contemplation to any further
proceedings. In the event no timely response to this Order is
submitted, the Court may dismiss the action without further
notice for lack of prosecution.

**SO ORDERED.**

 Dated:    New York, New York
           October 5, 2021

                                    _____
                                         Victor Marrero
                                           U.S.D.J.